# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

 PRINT THIS

Powered by Clickability

Jul. 20, 2010
Copyright © Las Vegas Review-Journal

# Protesters against transgendered, gay discrimination block Strip

By LYNNETTE CURTIS
LAS VEGAS REVIEW-JOURNAL

About a dozen protesters took to the Strip on Tuesday afternoon with a message for U.S. Sen. Harry Reid: Pass legislation that prohibits discrimination against employees on the basis of sexual orientation or gender identity.

The protesters were from GetEQUAL, a Washington, D.C.-based group that fights for the civil rights of lesbian, gay, bisexual and transgendered people. They shut down southbound traffic on Las Vegas Boulevard at Tropicana Avenue for about 20 minutes before police arrested at least eight of them for obstructing traffic.

"We are somebody, and we deserve full equality," said Robin McGehee, co-director of GetEQUAL.

As traffic backed up and drivers honked, the protesters formed a human barricade across the southbound Strip and held a banner that read: "Reid: No one can do more?" They earlier strung a banner from the intersection's pedestrian overpass that read: "Reid: Pass ENDA now."

The Employment Non-Discrimination Act would put in place federal workplace protections for the lesbian, gay, bisexual and transgendered community.

GetEQUAL and other supporters say Reid and fellow Democrats haven't kept their promise to move the legislation forward this year. "Reid has been at the forefront of equal rights legislation, and I fully support him," said Derek Washington, chairman of the Stonewall Democratic Club of Southern Nevada. "But we need to keep up the pressure ."

Among those arrested was Lt. Dan Choi, a gay Iraq war veteran who twice chained himself to a White House fence to protest the military's "don't ask, don't tell" policy."

A spokesman for Reid's office did not respond to an e-mail requesting comment Tuesday.

**Find this article at:**
http://www.lvrj.com/news/protesters-arrested-after-blocking-strip-traffic-98883574.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



**ERIK427**
Addict | Posts: 2682 | Joined: 11/09

Posted: 07/21/10
09:11 AM

I still cant believe that we must debate stuff like this.

[POST REPLY]

**Indefatigable**
User | Posts: 122 | Joined: 07/10

Posted: 07/21/10
11:14 AM

You know he won't. He is in a re-election bid and any legislation like that is for the 2-4 year part of your term.

IMHO if Reid promised something to happen he should have done it.

[POST REPLY]

✉ PRINT   ✉ EMAIL   🔗 SHARE          [REPLY TO THREAD]


Subscribe and Save 83%
MOTOR TREND CAR OF YEAR    LIMITED TIME
12 ISSUES FOR ONLY $10.00

First Name
Last Name
Email
Address
City
State    Zip
⦿ Credit Card / ○ Bill Me
[START MY SAVINGS]

**Sponsored Links**

Cosmopolitan of Las Vegas
Brand New Hotel With Great Rates - Overlooking the Vegas
www.CosmopolitanLasVegas.com

Form Company In Las Vegas
Incorporate your business today in 20 minutes. Call us 1-
www.1800Company.com

CarMax - Official Site
Now More Than Ever, CarMax is the Smart Choice for Buying
www.CarMax.com

Jim Gibbons Has Failed NV
We Need Real Leadership In Nevada.
www.RoryReid.com

Las Vegas Coupons
1 ridiculously huge coupon a day. It's like doing Veg
www.Groupon.com/Las-Vegas




Stay up to Speed with the
MOTOR TREND
Mobile iPhone App

NEWS, PHOTOS AND MORE ON YOUR PHONE
[SIGN ME UP!]

[Search MOTOR TREND]

Home | New Cars | Used Cars | Car Reviews | Auto Shows | Future Cars | Car Prices | Car Pictures | Auto Rebates | Site Map

SUBSCRIBE NOW!
MOTOR TREND
[CLICK HERE]

SHARRON THINKS WE SHOULD GET RID OF THE
ANGLE DEPARTMENT OF EDUCATION.

SOURCE INTERLINK MEDIA  © 2010 MotorTrend Magazine, Source Interlink Media All rights reserved. WEB-033

Dealer | Car Dealers | Car Insurance | Used Car Dealers | MT Classic | Subscribe | Give a Gift | Subscriber Services

Espanol | RSS | Partners | Licensing | Reprints | User Submitted Content | Privacy Policy | Terms of Use | Contact Us

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Protesters against transgendered, gay discrimination block Strip

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 20, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:**   Chief Executive Officer

**Email:**   sgibson@righthaven.com          **Telephone:**   702-527-5900

**Address:**   9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**   Steven A. Gibson

**Date:**   September 15, 2010

**Applicant's Tracking Number:**   0002051

---

**Registration #:**

**Service Request #:**   1-487413308

**Application Date:**   09-15-2010 20:13:10

## Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States